IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHELLE ALLSOP, ) | |
| ) | Case No. 02-BK-13750 (PJW) |
| Appellant, ) | |
| ) | |
| v. ) | Civil Action No. 04-942-KAJ |
| ) | |
| DIAMLER-CHRYSLER FINANCIAL ) | |
| COMPANY LLC, ) | |
| ) | |
| Appellees. ) | |

### **ORDER**

WHEREAS, the court having been informed that mediation of the captioned matter is complete, and the parties were unsuccessful in resolving their dispute,

IT IS HEREBY ORDERED that the parties shall confer and submit a briefing schedule to the court no later than April 11, 2005.

_____
UNITED STATES DISTRICT JUDGE

March 28, 2005
Wilmington, Delaware