## BECKER & BECKER, P.A.

*Attorneys at Law*

**534 GREENHILL AVENUE**
**THE COURT AT WAWASET PLAZA**
**WILMINGTON, DELAWARE 19805**

RAYMOND L. BECKER (1923-2003)
RICHARD D. BECKER

TELEPHONE (302) 654-5374
FAX (302) 654-7936
e-mail becker@delanet.com

April 11, 2005

The Hon. Kent A. Jordan
Judge, District Court
844 King Street
Wilmington, DE  19801

**HAND DELIVER**

Re:  **Michelle Allsop v. Diamler-Chrysler Financial Company, LLC**
     **C.A. No.:  04-942-KAJ**

Dear Judge Jordan:

This office has received the Court's direction that the parties confer and submit a briefing schedule by April 11, 2005.

This office represents the Appellee, Daimler-Chrysler. The Appellant is Pro Se. My co-counsel is drafting a Motion to Dismiss this Appeal based upon a lack of transcript documents. We believe that the Motion will be case dispositive. My training for the new CM/ECF procedures is scheduled for April 13, 2005. I will not receive my log-in ID or password until that date or perhaps later. As soon as possible thereafter, we intend to file the Motion to Dismiss. In the interim, I will try to confer with Ms. Allsop regarding a briefing schedule on the Motion to Dismiss.

Accordingly, Daimler-Chrysler respectfully requests that the Court allow that the briefing on the merits of the appeal be deferred at this time.

Thank you for the Court's attention to this matter.

Respectfully submitted,

RICHARD D. BECKER

RDB/lal
cc:  Ms. Michelle Allsop
     Bonnie S. Baker, Esq.