Judge, Kent A. Jordan
844 King Street
Wilmington, DE 19801

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2005 APR 14 PM 2:58

RE: Michelle Allsop v. Daimler-Chrysler Financial Co., LLC
Case No. 04-972-KAJ

I have been unsuccessful in conferring with Mr. Becker, Counsel for Chrysler for dates for the briefing schedule. I will file my opening brief by May 1, 2005. As for the response to the opening brief and then my next brief I feel June 15th 2005 and then August 15th is fair response dates for both parties. If counsel has a problem with these dates, I can be contacted and I'm sure we can come to an agreement.

I want to make sure you have my correct address on file. I changed my address with the bankruptcy court before the transfer of the case. However, I still am receiving correspondence late due to mail going to the old address. The correct address is 211 Werden Dr.
New Castle, DE 19720
Phone number - 302-328-2892

Respectfully,

*signature*

Michelle Allsop