OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

April 19, 2005

TO: Michelle Allsop, Pro se
211 Werden Drive
New Castle, DE 19720

RE: **Proof of Service on all Local Counsel of Record Required;**
CA 04-942 KAJ

Dear Mr. Allsop:

Documents have been presented for filing in the above noted case which do not conform to one or more of the following: Federal Rules of Civil Procedure 5; District of Delaware Local Rules of Civil Practice and Procedure 5.2.(a) & 5.3. The letter received by the Court on 4/14/05 was filed without a certificate of service. (DI 9)

In order for your documents to be acceptable for filing, they **must be served by you, upon all local counsel of record**, and this must be indicated on an Affidavit or Certificate of Service.

A copy of the current local counsel attorney listing (with addresses) for this case is attached for your convenience.

Your corrected filing, (original and one copy) to include a certificate of service, should be sent to this office for processing.

Sincerely,

PETER T. DALLEO
/bad                                      CLERK

Enclosure

cc: The Honorable Kent A Jordan; CA 04-942 KAJ

Judge, Kent A. Jordan
844 King Street
Wilmington, DE 19801

COPY

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2005 APR 14  PM 2: 58

RE: Michelle Allsop v. Daimler-Chrysler Financial Co., LLC
Case No. 04-972-KAJ

I have been unsuccessful in conferring with Mr. Becker, Counsel for Chrysler for dates for the briefing schedule. I will file my opening brief by May 1, 2005. As for the response to the opening brief and then my next brief I feel June 15th 2005 and then August 15th is fair response dates for both parties. If counsel has a problem with these dates, I can be contacted and I'm sure we can come to an agreement.

I want to make sure you have my correct address on file. I changed my address with the bankruptcy court before the transfer of the case. However, I still am receiving correspondence late due to mail going to the old address. The correct address is 211 Werden Dr.
New Castle, DE 19720
Phone number - 302-328-2892

Respectfully,

Michelle Allsop