In Re:

    Michelle Allsop, Pro Se          Case no. 04 - 942 KAJ

    Appellant

    V.



    Chrysler Financial Company, LLC
    Represented By, Richard Becker

    Appellee

### Schedule of Briefs

I propose the following <u>revised</u> schedule for briefs to conform with rule 7.1.2.

Opening brief --   July 1, 2005

Answering Brief --   July 11, 2005

Reply Brief--   July 16, 2005

Judge. Kent A. Jordan
844 King Street
Wilmington, DE 19801



FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2005 APR 14  PM 2:58

RE: Michelle Allsop v. Daimler-Chrysler Financial Co., LLC
Case No. 04-972-KAJ

I have been unsuccessful in conferring with Mr. Becker, Counsel for Chrysler for dates for the briefing schedule. I will file my opening brief by May 1, 2005. As for the response to the opening brief and then my next brief I feel June 15th 2005 and then August 15th is fair response dates for both parties. If counsel has a problem with these dates, I can be contacted and I'm sure we can come to an agreement.

I want to make sure you have my correct address on file. I changed my address with the bankruptcy court before the transfer of the case. However, I still am receiving correspondence late due to mail going to the old address. The correct address is 211 Werden Dr.
New Castle, DE 19720
Phone number - 302-328-2892

Respectfully,

Michelle Allsop

IN RE:

Michelle Allsop                                    Chapter 7

Debtor                                    Case NO: 04-942 KAJ

### Certificate Of Service

I, Michelle Allsop, certify that I am not less than 18 years of age; that service of this original and revised briefing schedule was mailed on 4/25/05. The original briefing schedule was served via fax on 4/15/05.

Richard Becker
534 Greenhill Ave.
Wilmington, DE 19805

Trustee
Michael Joseph
824 Market St.
P.O. Box 1351
Wilmington, DE 19899

Under penalty and perjury, I declare that the foregoing is true and correct.

4/25/05

Michelle Allsop
211 Werden Dr.
New Castle, DE 19720
302-328-2892