IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHELLE ALLSOP, ) | |
| ) | Case No. 02-BK-13750 (PJW) |
| Appellant, ) | |
| Movant below, ) | Civil Action No.: 04-942-KJA |
| ) | |
| v. ) | |
| ) | |
| DIAMLER-CHRYSLER FINANCIAL ) | |
| COMPANY, LLC, ) | |
| ) | |
| Appellee, ) | |
| Respondent below. ) | |

CERTIFICATE OF SERVICE

I, RICHARD D. BECKER, certify that I am not less than 18 years of age; that two copies of the APPELLEE, DAIMLER-CHRYSLER FINANCIAL COMPANY, LLC'S MOTION TO DISMISS APPEAL WITH MEMORANDUM OF POINTS AND AUTHORITIES and the APPENDIX thereto were mailed, U.S. Mail, First Class on  July 7, 2005 , to the following:

Ms. Michelle Allsop
211 Werdin Drive
New Castle, DE  19720
VIA FIRST CLASS MAIL

                                                BECKER & BECKER, P.A.

                                                 /s/ Richard D. Becker
                                                RICHARD D. BECKER, ESQ.
                                                DE Bar ID #2203
                                                534 Greenhill Avenue
                                                Wilmington, DE 19805
                                                (302) 654-5374
                                                (302) 654-7936 facsimile
                                                rick.becker@delanet.com
                                                Counsel for Movant

July 7, 2005