IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHELLE ALLSOP, ) | |
| ) | Case No. 02-BK-13750 (PJW) |
| Appellant, ) | |
| ) | |
| v. ) | Civil Action No. 04-942-KAJ |
| ) | |
| DIAMLER-CHRYSLER FINANCIAL ) | |
| COMPANY LLC, ) | |
| ) | |
| Appellees. ) | |

## ORDER

WHEREAS, defendant filed a motion to dismiss for lack of prosecution (D.I. 12) on July 7, 2005. Plaintiff's answering brief was due to be filed on or before July 21, 2005. Therefore,

IT IS HEREBY ORDERED plaintiff shall file an answering brief in response to defendant's motion to dismiss on or before September 7, 2005, or otherwise show cause why this case should not be dismissed for failure to prosecute.

/s/ Kent Jordan
UNITED STATES DISTRICT JUDGE

Dated: August 26, 2005
Wilmington, Delaware