IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHELLE ALLSOP, | ) |
| Appellant, | ) Case No. 02-BK-13750 (PJW) |
| v. | ) Civil Action No. 04-942-KAJ |
| DIAMLER-CHRYSLER FINANCIAL COMPANY LLC, | ) |
| Appellees. | ) |

### ORDER

WHEREAS, defendant filed a motion to dismiss for lack of prosecution (D.I. 12) on July 7, 2005. Plaintiff's answering brief was due to be filed on or before July 21, 2005.

WHEREAS, the Court issued an order (D.I. 13) on August 26, 2005, directing the plaintiff to file an answering brief in response to defendant's motion to dismiss on or before September 7, 2005, or otherwise show cause why this case should not be dismissed for failure to prosecute. Plaintiff has failed to respond to the order.

THEREFORE, IT IS HEREBY ORDERED that the above captioned action is dismissed for failure to prosecute, pursuant to D.Del. LR 41.1.

UNITED STATES DISTRICT JUDGE

Dated: September 21, 2005
Wilmington, Delaware